# EXHIBIT A

05/26/2005  09:47     3347271159                 J&L ENTERPRISES                         PAGE  02

# CITY OF TUSKEGEE

MAE DORIS WILLIAMS
COUNCIL AT LARGE

COUNCIL MEMBERS
LUTALO K. ARYEE
 DISTRICT 1
WILLIE LOUISE FIELDS
 DISTRICT 2
GEORGETTE WHITE MOON
 DISTRICT 3



JOHNNY FORD
MAYOR
P.O. Box 830687
101 FONVILLE STREET
TUSKEGEE, ALABAMA 36083
PHONE: (334) 727-0065 • FAX: (334) 727-4820

"EXHIBIT A"

**TO:** Members of the Macon County Bar Association

**FROM:** Alfred J. Davis, City Manager of the City of Tuskegee

**DATE:** May 17, 2005

**SUBJECT:** <u>Applications for Appointments to the positions of Municipal Judge and Municipal Court Prosecutor</u>

Please accept this memorandum as the official notification that the City Council of the City of Tuskegee is now accepting applications and resumes for permanent appointment to the positions of Tuskegee Municipal Court Judge and Tuskegee Municipal Court Prosecutor for the term of the current administration.

### Qualifications:

- Be of good moral character
- Be currently licensed to practice law in the State of Alabama
- Have at least five years of experience as a trial litigator with substantial experience in the area of criminal law and criminal procedure
- Have a working knowledge of the rules, regulations, laws and procedures related to the administration of a municipal court in the State of Alabama
- Have the ability and knowledge to supervise and consult with the City Administration regarding the policies and affairs of the municipal court
- Have the time, temperament, demeanor and fairness necessary to administer the office
- Be free from all ethical and legal conflicts of interest

05/25/2005  09:47    3347271059               J&L ENTERPRISES                          PAGE  03

### Deadline for Applications:

Please submit a resume and a cover letter indicating your interest in this position to the Office of the City Manager, City of Tuskegee located in the Tuskegee Municipal Complex not later than 4:30 P. M., Friday, May 27, 2005.