# EXHIBIT B

# CITY OF TUSKEGEE



**MAYOR**
JOHNNY FORD

**CITY MANAGER**
ALFRED J. DAVIS

P.O. Box 830687
101 FONVILLE STREET
TUSKEGEE, ALABAMA 36083
PHONE: (334) 727-2180 • FAX: (334) 727-4820
727-0500

MAE DORIS WILLIAMS
COUNCIL AT LARGE

COUNCIL MEMBERS
LUTALO K. ARYEE
DISTRICT 1
WILLIE LOUISE FIELDS
DISTRICT 2
GEORGETTE WHITE - MOON
DISTRICT 3

November 3, 2005

Attorney Jerry M. Blevins
Attorney-At-Law
640 South McDonough Street
Montgomery, Alabama 36104

"EXHIBIT B"

RE: APPOINTMENT AS CITY PROSECUTOR

Dear Attorney Blevins:

On October 25, 2006, the majority of the City Council voted to appoint you as City Prosecutor with the Tuskegee Municipal Court effective immediately for the remaining tenure of this council which ends September 30, 2008. The Municipal Court meets each Thursday at 9:00 A. M. in the L. M. Gregg Auditorium located at 101 Fonville Street, Tuskegee, Alabama.

I am confident that you will serve us in a professional and devoted manner. Thank you for your willingness to serve in this very important position.

If you have questions relative to the operations of the Court System, please free to contact our Acting Municipal Court Clerk, Ms. Angela Hamilton at (334) 724-2108.

Meanwhile, we look forward to working with you in this endeavor.

Sincerely,

Alfred J. Davis
City Manager

AJD: gth