# EXHIBIT C

08/07/2006  09:57   334-3534043                                                PAGE  03

# COMPLAINT ABOUT AN ALABAMA STATE COURT JUDGE

Today's Date: __8/7/2006__  Your Name: __Jerry M. Blevins__

Your Telephone Number: __(334) 262-7600__  Your Address: __2800 Zelda Rd., Suite 200-3, Montgomery, AL 36106__

Your Attorney's Name: __N/A__  Your Attorney's Telephone Number: ____

Judge's Name: __Hon. Albert C. Bulls, III__  Court: __Municipal Court Tuskegee, AL__

Case Number: __MC-2005-28__  County: __City of Tuskegee, AL__

Name of Case: __Criminal - Domestic Violence__

## STATEMENT OF FACTS AND ALLEGATIONS
(See instructions on reverse)

See Attached letter and exhibits which are incorporated by reference as if set forth fully herein.

"EXHIBIT C"

The allegations and statements of fact set forth above and in any additional attached pages are true and correct to the best of my knowledge, information and belief, and I understand that a copy of this complaint and all supporting materials will be provided by the Commission to the judge against whom the complaint is made.

(Complainant's Signature)

SUBSCRIBED AND SWORN to or affirmed before me this __9th__ day of __August__, 20__06__.

My Commission expires: __3-17-09__   Notary Public

Case 3:10-cv-00619-WKW-CSC    Document 1-3    Filed 07/16/10    Page 3 of 4

**JERRY M. BLEVINS**
ATTORNEY AT LAW
HILLWOOD OFFICE CENTER
2800 ZELDA ROAD, SUITE 200-3
MONTGOMERY, ALABAMA 36106
E-MAIL: ATTYJMBLEV@AOL.COM

TELEFAX: 334-262-7644

TELEPHONE: 334-262-7600

August 9, 2006

Judicial Inquiry Commission
Attn: Margaret S. Childers
P.O. Box 303400
Montgomery, Alabama 36130-3400

    RE:    Hon. Albert C. Bulls, III
             P.O. Box 1233
             Tuskegee Institute, Alabama 36087-1233

Dear Mrs. Childers:

    Please accept this correspondence as a formal complaint against the Hon. Albert C. Bulls, Municipal Judge for the City of Tuskegee, Alabama.

    I am the City Prosecutor for Tuskegee, Alabama, and it is Judge Bulls' actions in the case styled: *City of Tuskegee v. Elijah Woods*, which prompts this complaint. The enclosed Petition for Writ of Mandamus and Motion for Emergency Stay, which was filed with the Circuit Court in Macon County, sets forth the historical nature of the Woods case and the actions of Judge Bulls at issue in this complaint.

    On July 13, 2006, the date Ms. Carmellia Graves (the victim of the assault in the Woods matter) appeared before Judge Bulls, Judge Bulls undeservingly treated her with contempt, disrespect, and in a very condescending and rude manner. After publicly belittling Ms. Graves for seeking the Municipal Court's assistance in collecting her court ordered restitution, Judge Bulls then reduced the restitution amount by over a thousand dollars. Woods paid the reduced restitution amount, in the amount of $1,697.33, to the Municipal Court Clerk on July 13, 2006.

    Now that the City is challenging the restitution reduction in Circuit Court, in apparent anger over the challenge, Judge Bulls has set a hearing for August 17, 2006, and has indicated at this hearing he intends on vacating Woods' conviction, reopening the criminal case, and starting all over. Judge Bulls has further ordered the Municipal Court Clerk, Angie Hamilton, not to remit the restitution funds paid by Woods on July 13, 2006, to Ms. Graves.

    It is my belief that Judge Bulls' actions as outlined above violate Canons 1, 2A, 2B, 3A(1), 3A(3), of the *Canons of Judicial Ethics*.

Margaret S. Childers
August 9, 2006
Page 2

    Should any additional information be needed for a review of this matter please feel free to call on me.

Sincerely,

Jerry M. Blevins

JMB/cas

Enclosures