# EXHIBIT E

10/10/2006 16:33    334-3534043                                              PAGE 01

## COMPLAINT ABOUT AN ALABAMA STATE COURT JUDGE

Today's Date: __10/13/06__   Your Name: __Jerry M. Blevins__

Your Telephone Number: __(334) 262-7600__   Your Address: __2800 Zelda Rd., Suite 200-3, Montgomery, AL 36106__

Your Attorney's Name: __N/A__   Your Attorney's Telephone Number: _____

Judge's Name: __Hon. Albert C. Bulls, III__   Court: __Municipal Court, Tuskegee, AL__

Case Number: __MC-2005-28__   County: __City of Tuskegee, AL__

Name of Case: __Criminal - Domestic Violence__

### STATEMENT OF FACTS AND ALLEGATIONS
(See instructions on reverse)

See attached letter dated October 3, 2006, the content of which is incorporated by reference as if set forth fully herein, along with the exhibits accompanying said letter.

"EXHIBIT E"

The allegations and statements of fact set forth above and in any additional attached pages are true and correct to the best of my knowledge, information and belief, and I understand that a copy of this complaint and all supporting materials will be provided by the Commission to the judge against whom the complaint is made.

(Complainant's Signature)

SUBSCRIBED AND SWORN to or affirmed before me this __13th__ day of __Oct__, 20 __06__

My Commission expires: __4/09__   Notary Public

## JERRY M. BLEVINS
ATTORNEY AT LAW
HILLWOOD OFFICE CENTER
2800 ZELDA ROAD, SUITE 200-3
MONTGOMERY, ALABAMA 36106
E-MAIL: ATTYJMBLEV@AOL.COM

TELEFAX: 334-262-7644

TELEPHONE: 334-262-7600

October 3, 2006

Judicial Inquiry Commission
Attn: Margaret S. Childers
P.O. Box 303400
Montgomery, Alabama 36130-3400

RE: Hon. Albert C. Bulls, III
P.O. Box 1233
Tuskegee Institute, Alabama 36087-1233

Dear Mrs. Childers:

This correspondence will serve to follow-up to my complaint dated August 9, 2006, concerning the above named individual.

I thought the Commission should be made aware that since the filing of the original Complaint against Mr. Bulls, he has made repeated false and untrue allegations about me to the City Council of Tuskegee, Alabama, in an apparent attempt to have the City Council terminate me as City Prosecutor. Enclosed please find a letter dated August 21, 2006, sent by Mr. Bulls to me and copied to the entire City government of Tuskegee, Alabama. The accusations contained therein are false and untrue and resulted in no action being taken against me by the City Council. Enclosed please also find a letter from Mr. Bulls to the Hon. Ray D. Martin dated August 29, 2006, along with my reply dated October 3, 2006.

I would appreciate the Commission taking immediate and decisive action to bring Mr. Bulls under control. Neither the victim in the underlying case which precipitated the original complaint (Ms. Carmellia Graves) nor I, should be subjected to Mr. Bulls's continued misconduct.

Your cooperation and assistance is appreciated and please feel free to call on me if I can be of further assistance.

Sincerely,



Jerry M. Blevins

JMB/cas

Enclosures

# ALBERT C. BULLS III, P.C.
ATTORNEY AT LAW
2801 Althea Street
Tuskegee, Alabama 36088

Telephone: (334) 727-1074

Fax: (334) 727-1639

Please Reply To:
P. O. Box 1233
TUSKEGEE, ALABAMA 36087-1233

August 21, 2006

Mr. Jerry M. Blevins
Attorney at Law
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

RE: PROSECUTOR, CITY OF TUSKEGEE, ALABAMA

Dear Mr. Belvins:

This letter is intended to address your behavior in the Tuskegee Municipal Court on Thursday, August 17, 2006. At the start of Court on this date, I asked that you not come up to the bench while I was conducting Court until I requested your assistance. Immediately after I made this statement to you, you came up to the bench, and in a voice loud enough for everyone in the Courtroom to hear, you stated, in so many words, that you had every right to come up to the bench. Your statement and action showed a complete disrespect to the Tuskegee Municipal Court and the citizens of Tuskegee. This behavior will not be tolerated in the future and I expect you to conduct yourself as a respectful officer of the Court.

It has also come to my attention that several local attorneys have told me that they will either no longer take, or limit the number of, appointed cases in the Tuskegee Municipal Court because of their dealings with you in handling cases that they were involved in. We did not have this problem prior to your assuming the duties as City Prosecutor. It is extremely important for the smooth running and fairness in our Municipal Court system that members of our local bar be willing to take appointed cases in Municipal Court.

Sincerely,

Albert C. Bulls III,
Municipal Judge, City of Tuskegee, AL

cc: Hon. Johnny Ford, Mayor
   Hon. Alfred Davis, City Manager
   Hon. Mae Doris Williams, Councilwoman
   Hon. Lutalo K. Aryee, Councilman
   Hon. Willie Louise Fields, Councilwoman
   Hon. Georgette White-Moon, Councilwoman

# ALBERT C. BULLS III, P.C.

ATTORNEY AT LAW
2801 Althea Street
Tuskegee, Alabama 36088

Telephone: (334) 727-1074                                                                                           Fax: (334) 727-1679

Please Reply To;
P.O. Box 1233
TUSKEGEE, ALABAMA 36087-1233

August 29, 2006


Hon. Ray D. Martin,
Circuit Judge
125 North Broadnax St.
Dadeville, AL 36853

    RE: CITY OF TUSKEGEE – APPEAL CASES

Dear Judge Martin:

    It has come to my attention that our Municipal Court Prosecutor, Jerry Blevins, failed to appear before your Court on behalf of the City of Tuskegee on Tuesday, September 26, 2006 for a criminal docket call. Oh behalf of the Municipal Court, I want to offer my apology for this most embarrassing situation. I ask that your Honor please continue all of the City of Tuskegee cases that were set for hearing on September 26, 2006 where Mr. Blevins failed to appear for the City. The City has invested considerable time and money in prosecuting these cases, therefore we do have an interest in prosecuting them.

Sincerely,

Albert C. Bulls III,
Municipal Judge, City of Tuskegee, AL

cc: Hon. Johnny Ford, Mayor
    Hon. Alfred Davis, City Manager
    Hon. Mae Doris Williams, Councilwoman
    Hon. Lutalo K. Aryee, Councilman
    Hon. Willie Louise Fields, Councilwoman
    Hon. Georgette White-Moon, Councilwoman

### JERRY M. BLEVINS
ATTORNEY AT LAW
HILLWOOD OFFICE CENTER
2800 ZELDA ROAD, SUITE 200-3
MONTGOMERY, ALABAMA 36106
E-MAIL: ATTYJMBLEV@AOL.COM

TELEFAX: 334-262-7644

TELEPHONE: 334-262-7600

October 3, 2006

Hon. Johnny Ford, Mayor
Hon. Alfred Davis, City Manager
Hon. Mae Doris Williams, Councilwoman
Hon. Lutalo K. Aryee, Councilman
Hon. Willie Louise Fields, Councilwoman
Hon. Georgette White-Moon, Councilwoman
P.O. Box 830687
Tuskegee, Alabama 36083

RE: *Letter from Albert C. Bulls, III, dated August 29, 2006*

Dear Mr. Mayor, Honorable Councilpersons, & Mr. Davis:

It is with great regret that I find it necessary to respond to further accusations by Municipal Court Judge, Albert C. Bulls, III. Enclosed for your reference please find a copy of a letter sent by Mr. Bulls to the Hon. Ray Martin and copied to each of you.

You will note that the focus of Mr. Bulls's letter is his assertion that I was not present in Circuit Court for a criminal docket call on September 26, 2006, dealing with cases appealed from City Court. This is true, however, Mr. Bulls conveniently omits several important points from his letter. First, because Mr. Bulls has failed/refused to implement guidelines for ensuring the City Prosecutor is provided with notice when an appeal is filed in City Court, I had no notice of any pending appeals in the Circuit Court. Mr. Bulls knows no such procedure exists. Secondly, I received no notice from the Circuit Court indicating that any appealed cases were set for hearing on September 26, 2006. Had I received such notice I would have been in court. Mr. Bulls knows that no such notice was provided.

It appears that Mr. Bulls's intent in repeatedly communicating false and untrue allegations against me to this Council is for the sole purpose of attempting to have me terminated as City Prosecutor in retaliation for the complaint I filed against Mr. Bulls with the Judicial Inquiry Commission (see enclosed copy of complaint). This is indeed unfortunate and a waste of this Council's valuable time and resources.

In light of the foregoing, I have no alternative but to request that the City Council take immediate and decisive action to address Mr. Bulls's continuing misconduct.

Hon. Johnny Ford, Mayor
Hon. Alfred Davis, City Manager
Hon. Mae Doris Williams, Councilwoman
Hon. Lutalo K. Aryee, Councilman
Hon. Willie Louise Fields, Councilwoman
Hon. Georgette White-Moon, Councilwoman
October 3, 2006
Page 2


Your cooperation and assistance is appreciated and please feel free to call on me if I can be of further assistance.

Sincerely,

Jerry M. Blevins

JMB/cas

Enclosures

xc.
Albert C. Bulls, III, Esq. (w/out enclosures)