DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602014814
Cashier ID: kruffin
Transaction Date: 07/19/2010
Payer Name: JOHN D SAXON PC
-----------------------------------
CIVIL FILING FEE
 For: JOHN D SAXON PC
 Case/Party: D-ALM-3-10-CV-000619-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 3561
 Amt Tendered:  $350.00
-----------------------------------
Total Due:         $350.00
Total Tendered: $350.00
Change Amt:        $0.00

3:10-CV-619

BLEVINS V CITY OF TUSKEGEE, ET AL