IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY M. BLEVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:10-CV-619-WKW |
| ) | |
| CITY OF TUSKEGEE, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior orders in this case, it is ORDERED that judgment is entered in favor of Defendants, and against Plaintiff on Plaintiff's 42 U.S.C. § 1981 claims, and that Plaintiff's supplemental state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3). All costs are taxed against Plaintiff, for which let execution issue. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of March, 2011.

                                                  /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE